# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BOB G BELL,<br><br>      Defendant. | 2:11-CV-56 JCM (RJJ) |

### ORDER

Presently before the court is the matter of *Righthaven LLC v. Bell.* (Case No. 2:11-cv-00056-JCM-RJJ).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

Plaintiff Righthaven LLC filed its complaint (doc. #1) against Bob G. Bell on January 12, 2011. Pursuant to Federal Rule of Civil Procedure 4(m), on July 12, 2011, the clerk of the court provided notice to the plaintiff that the action would be dismissed if it did not file proof of service of process by August 11, 2011. (Doc. # 7).

To date, the court has not received proof of service as to Bob G. Bell as required under rule 4(m).

**James C. Mahan**
**U.S. District Judge**

1     Accordingly,

2     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case
3 be, and the same hereby is, DISMISSED without prejudice.

4     DATED August 17, 2011.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -